RECEIVED

MAY 01 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| STARNET INSURANCE COMPANY | CIVIL ACTION NO. 08-1644 |
| VERSUS | JUDGE DOHERTY |
| FUELTRAC, INC. | MAGISTRATE JUDGE METHVIN |

### *JUDGMENT*

Plaintiff's Motion to Dismiss for Improper Venue or in the Alternative to Transfer Venue (rec. doc. 5) was referred to United States Magistrate Judge Mildred E. Methvin for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the motion is **GRANTED IN PART AND DENIED IN PART** as follows:

1) This matter is transferred to the United States District Court for the Middle District of Louisiana.

2) All other requested relief is **DENIED**.

Lafayette, Louisiana, this 1 day of May, 2009.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

COPY SENT
DATE 5-1-09
BY Cb
TO Cg
tr